# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 21st day of January, 2015, the cause upon appeal to revise or reverse your judgment between

**EDOM CORNER, LLC AND EARL A. BERRY, JR., Appellants**

**NO. 12-14-00131-CV; Trial Court No. 09-00138**

By *per curiam* opinion.

**IT'S THE BERRY'S, LLC D/B/A MARY ELLEN'S, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the appellate record; and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that this agreed interlocutory appeal should be **dismissed**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that the appeal be **dismissed**; and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of April, 2015.

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Chief Deputy Clerk